JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>SC COIN LAUNDRY 2, INC. D/B/A LUCKY COIN LAUNDRY; CONSTANCE M. DELIO FAMILY LIMITED PARTNERSHIP; DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:20-cv-04007 DSF (PDx)**<br>Hon. Dale S. Fischer<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

IT IS SO ORDERED.

DATED: September 23, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE